# United States Court of Appeals
## For the Eighth Circuit
_____

No. 24-1246
_____

Lisa Truong

*Plaintiff - Appellant*

v.

Collins Aerospace System; Seyfarth Shaw, LLP; Rosemount Aerospace Inc.,
doing business as UTC Aerospace Systems

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Minnesota
_____

Submitted: July 26, 2024
Filed: August 1, 2024
[Unpublished]
_____

Before SMITH, SHEPHERD, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

Lisa Truong appeals the district court's[1] dismissal of her pro se employment action for insufficient service of process. After careful review of the record and the parties' arguments on appeal, we conclude the district court did not abuse its discretion in dismissing the action. See Norsyn, Inc. v. Desai, 351 F.3d 825, 829-30 (8th Cir. 2003) (standard of review).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable John R. Tunheim, United States District Judge for the District of Minnesota.